FILED
2017 Apr-24  AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SANTAVIA WILLIAMS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | |
| **BURGER KING a/k/a** ) | **JURY TRIAL REQUESTED** |
| **PRG VENTURES, LLC** ) | |
| ) | |
| ) | |
|     **Defendant.** ) | |

## **COMPLAINT**

### **I.     INTRODUCTION**

This Complaint alleges violations of the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA") along with retaliation. (42 U.S.C. 12101, *et. seq.*). Specifically, Plaintiff alleges that Defendant discriminated against her based on her disability and that Defendant refused to reasonably accommodate her. Further, Plaintiff alleges that Defendant engaged in retaliation via termination when Plaintiff requested a reasonable accommodation. This action seeks equitable and injunctive relief as well as compensatory and punitive damages, and attorneys fees and costs.

### **II.    JURISDICTION & VENUE**

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331, 28 U.S.C. § 2201 and 2202, and 42 U.S.C. §§ 12112, 12117(a) and 12203, which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-5(f)(1) and (3), Section 102 of the Civil Rights Act of 1991, as amended, 42 U.S.C. § 1981a. Venue is proper pursuant to 28 U.S.C. § 1391.

2. Plaintiff has fulfilled all conditions precedent to the institution of this action under 42 US.C. §§ 12112, 12203. Plaintiff timely filed her initial Charges of Discrimination on April 28, 2016 [420-2016-02072] and June 8, 2016 [42-2016-02566].

3. Plaintiff was issued a Notice of Right-to-Sue, issued by the Equal Employment Opportunity Commission, on January 20, 2017. Plaintiff is timely filing her Complaint within 90 days of the issuance of her Notice of Right to Sue.

## III. PARTIES

4. Plaintiff, Santavia Williams, is a black female citizen of the United States and a resident of the State of Alabama, over the age of nineteen (19) years of age. Plaintiff has a medical condition, Diabetes, which substantially limits her ability to, inter alia, work in a class of jobs or a broad range of jobs. In addition, Plaintiff has a history of having an impairment, which substantially limits one or more of her major life activities, and she is perceived as a person with a disability as that term is defined under the ADAAA. Thus, Plaintiff has a disability under the ADAAA. (42 U.S.C. § 12102).

5. Defendant, Burger King a/k/a PRG Ventures, LLC (hereinafter "PRG") is an employer under the ADAAA and was Plaintiff's employer pursuant to 42 U.S.C. § 12111(5). Defendant is qualified to do business in the State of Alabama.

## IV. FACTUAL ALLEGATIONS

6. The Defendant has intentionally, and with malice or reckless indifference, discriminated and retaliated against the Plaintiff on the basis of Plaintiff's disability, history of disability and/or perceived disability, with respect to hiring, compensation, job assignments, and other terms, conditions and privileges of employment.

7. Plaintiff was hired by the Defendant in October 2015. Her first assignment was as a Crew Person. Shortly after hiring on, Plaintiff shared with her supervisor that she suffered from Type II Diabetes which required that she be allowed frequent restroom breaks and the opportunity to eat at certain intervals along with the ability to check her blood sugars at pre-determined intervals. This supervisor told the Plaintiff to stop being a baby and denied the Plaintiff's requests for these reasonable accommodations. At no time did this supervisor sit down with the Plaintiff and engage in the "interactive process", nor did they discuss a way that any of the Plaintiff's job duties could be modified to accommodate her condition.

8. One day while working the drive-thru window, the Plaintiff asked to be excused in order to use the restroom [frequent urination is a symptom and by-product of Diabetes]. Plaintiff was denied the opportunity to use the restroom and was made to urinate on herself where she stood. When the Plaintiff returned to work the following day, several of her co-workers teased and humiliated her about the incident. Plaintiff was extremely embarrassed and humiliated by the teasing.

9. On April 28, 2016, the Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission. On June 6, 2016, without explanation, the Plaintiff was terminated. In total the Plaintiff was terminated thirty-nine (39) days after filing her initial charge of discrimination. But for filing her Charge of Discrimination, the Plaintiff would not have been terminated. The Plaintiff was fired in retaliation for engaging in the protected activity of reporting and opposing discrimination in employment.

## V.       CAUSES OF ACTION

### COUNT I
### VIOLATION OF THE ADAAA OF 2008

10.     Plaintiff realleges and incorporates by reference paragraphs 1 through 9 above with the same force and effect as if fully set out in specific detail hereinbelow.

11.     As stated, Plaintiff is a person with a disability, has a history of disability and is regarded as disabled. 42 U.S.C. § 12102. Defendant is an employers and, specifically, Plaintiff's employer, in accordance with 42 U.S.C. § 12111(5).

12.     Plaintiff is a qualified individual with a disability as that term is defined by the ADAAA, 42 U.S.C. § 12111. Plaintiff is an individual with a disability who, with or without a reasonable accommodation, can perform the essential functions of the job as a Crew Member and other jobs for which he is qualified.

13.     The Defendant failed and refused to provide Plaintiff with reasonable accommodations, took adverse employment action against Plaintiff due to her need for a reasonable accommodation, including terminating her from her employment. The Defendant, too, has failed to reasonably accommodate Plaintiff and has taken adverse action against Plaintiff due to the need to make a reasonable accommodation, when the reasonable accommodation would cause no undue hardship to Defendant. 42 U.S.C. 12112.

14.     Defendant has limited, intentionally and with reckless disregard, discriminated against Plaintiff due to her disability and has otherwise classified, and segregated Plaintiff in a way that has adversely affected her job opportunities because of her disability, history of disability, and the perception of her as a person with a disability. 42 U.S.C. 12112.

15. As a result of Defendant's actions, Plaintiff has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment. Additionally, Plaintiff has suffered injury including pain, humiliation, mental anguish and suffering, and loss of enjoyment of life.

## COUNT II
## RETALIATION IN VIOLATION
## OF THE ADAAA OF 2008

16. Plaintiff realleges and incorporates by reference paragraphs 1 through 15 above with the same force and effect as if fully set out in specific detail hereinbelow.

17. Defendant retaliated against Plaintiff. 42 U.S.C. §12203. After Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission on April 28, 2016, she was terminated on June 6, 2016, less than forty-days (40) later. But for the Plaintiff engaging in this protected activity, she would not have been terminated.

18. As a result of Defendant's actions, Plaintiff has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment. Additionally, Plaintiff has suffered injury including pain, humiliation, mental anguish and suffering, and loss of enjoyment of life.

**VI.   PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that this Honorable Court assume the jurisdiction of these causes of action and award the Plaintiff the following relief:

1. Issue a declaratory judgment that the employment policies, practices, procedures, conditions and customs of the Defendant, including the action taken against Plaintiff by the Defendant constitutes discrimination and retaliation and are violative of Plaintiff's rights as secured

by Titles I and IV of the Americans with Disabilities Act , 42 U.S.C. § 12101, *et seq.*

      2.      Grant Plaintiff a permanent injunction enjoining the Defendant, its agents, successors, employees, attorneys and those acting in concert with the Defendant, and at the Defendant's request, from continuing to violate Plaintiff's rights as well as others who are similarly-situated pursuant to Titles I and IV of the Americans with Disabilities Act.

      3.      Enter an Order awarding Plaintiff damages including back pay, front pay, nominal, compensatory and punitive damages.

      4.      Award Plaintiff reasonable costs, attorneys' fees and expenses.

      5.      Award such other relief and benefits as the cause of justice may require.

**PLAINTIFF HEREBY DEMANDS A JURY FOR ALL ISSUES TRIABLE BY JURY**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
Charity Gilchrist-Davis
Attorneys for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
505 20th Street North
Suite 815
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)278-5876
email: rcooks@winstoncooks.com

**PLAINTIFF'S ADDRESS:**
Santavia Williams
c/o WINSTON COOKS, LLC
505 20th Street North
Suite 815
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)278-5876
email: rcooks@winstoncooks.com

**DEFENDANT'S ADDRESS:**
PRG Ventures, LLC
1020 Milwaukee Avenue, Suite# 360
 Deerfeld, IL 60015